# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **IRIS MARIE HILL** | **CASE NO. 6:24-CV-00377** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

This matter was referred to Magistrate Judge David J. Ayo for consideration and issuance of a report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and this matter is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

**THUS DONE AND SIGNED** at Lafayette, Louisiana, this 10th day of March, 2025.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**